**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case No.: 3:19-md-02918-MMC<br>MDL No. 2918 |
| This Document Relates To:<br><br>Integrity Financial Services of Tampa Bay Inc. d/b/a Integrity Financial Services and Cowden Associates, Inc. v. NHK Spring Co. Ltd., et al., No. 2:19-cv-07046-MMC | [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL |

Upon consideration of Plaintiffs Integrity Financial Services of Tampa Bay Inc. d/b/a Integrity Financial Services and Cowden Associates, Inc.'s Notice of Withdrawal of Counsel, it is HEREBY ORDERED that Karin E. Garvey is withdrawn as counsel for Plaintiffs Integrity Financial Services of Tampa Bay Inc. d/b/a Integrity Financial Services and Cowden Associates, Inc.

The Clerk of Court is directed to remove Karin E. Garvey from the record and from the Court's ECF system for this case.

Dated: February 12, 2020

Hon. Maxine M. Chesney
United States District Judge